1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  | LINDA JONES,

12  |          Plaintiff,

13  |     vs.

14  | METROPOLITAN LIFE INSURANCE
    | COMPANY, and DOES 1 to 100,

15

16  |          Defendants.

17
18

Case No.  2:15-cv-00039-MCE-CKD

Honorable Morrison C. England, Jr.
Courtroom 7, 14th Floor

**ORDER GRANTING DISMISSAL
OF ACTION WITH PREJUDICE**

**[Local Rule: 41(a)(1)]**

Complaint Filed:  January 6, 2015

19      Pursuant to the stipulation of the parties, and good cause appearing, the

20  above-entitled action is hereby dismissed in its entirety with prejudice as to all

21  parties.  Each party shall bear her or its own attorneys' fees and costs.  The Clerk of

22  Court is directed to close the file.

23      IT IS SO ORDERED.

24  Dated:  November 9, 2015

25
26  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
27  UNITED STATES DISTRICT COURT

28

1